```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                         FORT MYERS DIVISION
```

JANET MOKRIS,

    Plaintiff,

v.                              Case No:  2:20-cv-34-JES-MRM

UNITED STATES OF AMERICA,

    Defendant.

---

## JUDGMENT IN A CIVIL CASE

**Decision by the Court:**

This action came before the Court for a bench trial.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED:** Judgement shall be entered in favor of Ms. Mokris on the Amended Complaint (Doc. #19). The Court awards Ms. Mokris **$57,247.40.**


                               ELIZABETH M. WARREN, CLERK


                               By: /s/Juan Garcia Gonzalez, Deputy Clerk
                               **Date:  May 10, 2022**


Copies:  All parties and counsel of record